**Order entered October 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00378-CR

**STEPHEN MARSHALL MCLEMORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-14-440**

## ORDER

We **GRANT** the State's October 10, 2016 second motion to extend time to file its brief and

**ORDER** the brief filed no later than November 10, 2016.

/s/     LANA MYERS
          JUSTICE